UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LUSHIOUS L HAND,

    Plaintiff,

v.                                                          Case No. 11-C-884

MICHAEL R BAENEN, PETER ERICKSEN
and CO VERHEYEN,

    Defendants.

## ORDER ON MOTION TO STAY DISCOVERY

The defendants in the above matter have moved for a stay of discovery on the ground that they have now filed a motion for summary judgment which seeks dismissal based upon plaintiff's failure to exhaust administrative remedies. Defendants contend that no discovery is necessary to resolve that issue and, since it is dispositive, discovery should be stayed until the motion is decided.

Having considered the defendant's motion and the argument in support thereof, the Court concludes that discovery should be stayed and hereby grants defendant's motion. Plaintiff is advised that if, in responding to defendant's motion for summary judgment, he believes discovery is needed, he should specifically set forth the nature of the discovery that must be provided before he can respond. In the absence of such an order, the Court will proceed to decide the motion before opening the matter for general discovery.

**SO ORDERED** this   8th   day of March, 2012.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge